**LINDSEY et al.**

v.

**ST. PAUL MERCURY INDEM-
NITY CO.**

No. 14868.

United States Court of Appeals,
Fifth Circuit.

June 15, 1954.

Reynolds N. Cate, San Antonio, Tex.,
for appellants.

Charles W. Barrow, San Antonio, Tex.,
W. B. Jack Ball, San Antonio, Tex., for
appellee.

Before STRUM and RIVES, Circuit
Judges, and DAWKINS, District Judge.

STRUM, Circuit Judge.

This appeal is from the judgment of a
federal district court in Texas, rejecting
appellants' claim for Workmen's Compensation benefits under the laws of that
state.

Appellant, William Allen Lindsey, alleges that when he was thirteen years old
he was employed by Bire-leys Beverage
Corporation in San Antonio. While pulling a "dolly" up a ramp, loaded with
about seventy cases of bottles, he felt a
sharp pain in his right groin which resulted in a hernia, of which injury he alleges he gave timely notice to his employer, Bire-leys, and to the Industrial
Accident Board of Texas, but his claim
was denied and this suit followed.

Appellee, defendant below, denied the
occurrence of any accident and alleged
that no notice of any kind was given.
The trial court allowed an amendment by
the plaintiff alleging a report of the alleged injury to the employer's foreman,
James Herd, the giving of which appellee denied.

The case was submitted to the jury
upon special issues, all of which were
found in favor of the defendant below,
including the issue as to the occurrence
of an accidental injury, and notice. The
trial court approved the verdict by denying plaintiff a new trial.

The transcript reveals no evidence
which would tend to demonstrate that the
verdict is wrong, or that there was error
of any other nature in the trial. The
judgment appealed from is therefore

Affirmed.